Paulina Norkevich, administratrix of the estate of Mike Norkevich, deceased, appellee, v. Atchison, Topeka and Santa Fe Railway Company, appellant. Gen. No. 32,440.

Opinion filed October 11, 1928.
Emmet Trainor, T. F. King and G. E. Duffy, for appellant. Charles E. Carpenter and Thomas P. Grant, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Catherine L. Stoll, plaintiff in error, v. C. W. Hanford, M. D., defendant in error. Gen. No. 32,608.

Opinion filed October 11, 1928.
L. M. Fine and R. D. Melick, for plaintiff in error. Edward W. Rawlins and Hicks & Folonie, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Joseph H. Bos, appellee, v. Advertisers Illustrating Company, appellant. Gen. No. 32,626.

Opinion filed October 11, 1928.
Theodore A. Kolb, for appellant; Clyde C. Fisher, of counsel. Tourje, Waugh & McClellan, for appellee; Joseph W. McAuliffe, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Stephen Maday, plaintiff in error, v. Joseph Sippil, defendant in error. Gen. No. 32,660.

Opinion filed October 11, 1928.
Walter T. Quigley, for plaintiff in error. William L. Hart, for defendant in error; William L. Hart and Joseph P. Brodie, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.